death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application for stay.

AUGUST 5, 1992

No. A–82 (O. T. 1992). McNARY, COMMISSIONER, IMMIGRATION AND NATURALIZATION SERVICE, ET AL. v. HAITIAN CENTERS COUNCIL, INC., ET AL. Motion of respondents to treat the application for stay as a petition for writ of certiorari, grant the petition, and set an expedited briefing schedule denied.

No. A–98 (O. T. 1992). HOPKINS, WARDEN v. OTEY. Application to vacate the stay of execution of sentence of death entered by the United States District Court for the District of Nebraska, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied. THE CHIEF JUSTICE, JUSTICE SCALIA, and JUSTICE THOMAS would grant the application.

AUGUST 12, 1992

No. 91–1160. ARAVE, WARDEN v. CREECH. C. A. 9th Cir. The order entered June 15, 1992 [504 U. S. 984], is amended to read as follows: Motion of respondent for leave to proceed in forma pauperis granted. Certiorari granted limited to Question 1 presented by the petition.

AUGUST 18, 1992

No. A–11 (92–24). IN RE BELL. Sup. Ct. Ill. Application for stay of enforcement of judgment, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. D–1117. IN RE DISBARMENT OF HUGHES. Disbarment entered. [For earlier order herein, see 504 U. S. 903.]

No. D–1118. IN RE DISBARMENT OF PLAIA. Disbarment entered. [For earlier order herein, see 504 U. S. 904.]

No. D–1120. IN RE DISBARMENT OF SEGERS. Disbarment entered. [For earlier order herein, see 504 U. S. 904.]

No. D–1122. IN RE DISBARMENT OF BALES. Disbarment entered. [For earlier order herein, see 504 U. S. 904.]